IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO ET AL
   Plaintiffs

Civil No. 97-1423(CCC)

v.

WALTER TORRES-MALDONADO ET AL
   Defendants

### ORDER

Counsel have telephonically informed on this date that they have entered into settlement conversations and will need additional time to meet with their respective principals. Therefore, they have requested that the Final Settlement Conference set for September 9, 1999, be continued.

Accordingly, at counsel's request **the Final Settlement Conference is hereby reset for September 17, 1999, at 1:30 PM.**

SO ORDERED.

At San Juan, Puerto Rico, this 7th day of September, 1999.

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

Faxed to:
Atty Aldarondo
Atty Lopez-Soltero
9/7/99 JC

s/c: E. Aldarondo
E. Lopez
J. Ojeda

SEP 13 1999

RECD.   TO JUDGE
SEP 13 1999
BY

AO 72A
(Rev.8/82)