IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO ET AL
Plaintiffs

v.                                                                    Civil No. 97-1423(CCC)

WALTER TORRES-MALDONADO ET AL
Defendants

## PRETRIAL CONFERENCE REPORT AND ORDER

At the Pretrial Conference held on September 17, 1999, plaintiffs appeared represented by Attorney Eliezer Aldarondo and defendants appeared represented by Attorneys Ernesto López-Soltero and Francisco Ojeda-Diez..

Plaintiffs presented a settlement demand. Attorney López-Soltero will discuss the case with his clients and see if he can present a counter-offer. Plaintiffs did not accept defendants' offer.

Plaintiffs stated they will move to have the Pretrial Memorandum amended to include some admissions made by the Mayor. Defendants' attorney was placed on notice and stated not to have objection.

It appears that settlement will not materialize.

**SO ORDERED.**

At San Juan, Puerto Rico, this 5th day of November, 1999.

s/c: E. Aldarondo
E. Lopez
F. Ojeda

NOV - 9 1999

AIDA M. DELGADO-COLON
U.S. Magistrate-Judge

AO 72A
(Rev.8/82)