# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO
JOSE M. CORDERO-ACEVEDO,
CARLOS M. DIAZ-LLORENS,
MAYRA GARRIGA-ORTIZ,
LUZVINA RUIZ-FIGUEROA,
LUIS H. FELICIANO-ROSA,
GUILLERMO DIAZ-MARTINEZ,
RAFAEL FIGUEROA-PEREZ,
EDWIN QUIñONES-GARCIA,
ROBERTO ROSARIO-ROBLEDO,
JOHNNY SANTOS-QUIñONES,
JOSE A. VEGA-MATOS,
GLIDDEN BARRIERA PEREZ,
and JOSUE SOTO-SANTIAGO

**Plaintiffs**

vs                                        CIVIL 97-1423CCC

WALTER TORRES-MALDONADO,
individually and as Mayor of the Municipality
of Peñuelas; MIGUEL FIGUEROA-TORRES,
individually and as the Director of Human
Resources or Personnel; RENE OCASIO,
individually and as Director of the Civil
Defense; RAMON L. SEGARRA, individually
and as Director of the Peñuelas Public Works
Department; THE MUNICIPAL
GOVERNMENT OF PEñUELAS

**Defendants** _____

RECEIVED & FILED
1999 DEC -2 PM 2: 13
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN PR

CIVIL 17-1423CCC                    2

ORDER

The **jury trial is reset for June 20, 2000 at 9:30 AM**, as there are no earlier dates

available due to the criminal docket and the upcoming trial in the <u>Río Piedras Explosion</u>

<u>Litigation</u>, 96-2443CCC.  Should the calendar allow for advancement of the trial date, the

parties will be advised with sufficient notice.

SO ORDERED.

At San Juan, Puerto Rico, on November 30th, 1999.

CARMEN CONSUELO CEREZO
United States District Judge

12-1-99 s/c
Jury Clerk

s/c E. Aldarondo
E. López
G. Ojeda

DEC - 2 1999