IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                      June 5, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                                              CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

---

The Urgent Motion Relative to Scheduled Trial Date filed by plaintiffs (**docket entry 78**) requests that the Court continue an unrelated case Civil 95-1540CCC, <u>Grand Cid Camilo Robles v. Miguel Díaz-Martínez, et al</u>, because of its proximity to the trial setting in this case. The Order of the Court establishing the precedence of trial settings provides that the oldest of two civil cases shall be tried first. The <u>Grand Cid Camilo Robles</u> parties have also been awaiting trial in a protracted case which has gone on appeal on multiple occasions. That case is set for a settlement conference on June 7, 2000. The plaintiffs in this case are alerted to give follow up to the result of that settlement conference. Parties to be notified.

s/c

- Secretary