IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS							June 15, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs									CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

---

By order of the Court, the Motion Requesting Order (**docket entry 79**) is MOOT based on information provided over the telephone by counsel for plaintiffs Eliezer Aldarondo-Ortiz that defendant Miguel Figueroa-Torres has changed his plans and will be available for jury trial as scheduled. The docket shall so reflect.

Upon request by telephone made by plaintiffs' counsel Eliezer Aldarondo-Ortiz, with the agreement of counsel for defendants Ernesto López-Soltero and Francisco A. Ojeda-Diez from the Department of Justice of the Commonwealth of Puerto Rico, the **jury trial set for June 20, 2000 is reset for June 22, 2000 at 9:30 AM**. Parties notified by telephone.

- Secretary