# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                                June 20, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                          CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

_____

       By order of the Court, the parties and the attorneys are advised of the following **daily trial schedule: from 10:00 AM to 1:00 PM and from 2:00 to 5:00 PM.** Parties to be notified.

\- Secretary