IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO, ET AL
    Plaintiffs

vs.        CIVIL NO. 97-1423 (CCC)

WALTER TORRES-MALDONADO, ET AL
    Defendants

### PARTIAL JUDGMENT

The Honorable Carmen Consuelo Cerezo has entered an Oral Order granting co-plaintiff Rafael Figueroa-Perez's motion for voluntary dismissal. WHEREFORE, it is hereby

ORDERED and ADJUDGED that the complaint be and is hereby dismissed with prejudice as to co-plaintiff Rafael Figueroa-Perez.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 26th day of June, 2000.

FRANCES RIOS-DE MORAN
Clerk of the Court

By: _____
Brenda Gonzalez-De la Concha
Deputy Clerk