# UNITED STATES DISTRICT COURT
## DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO, ET &ast;
AL &ast;
  Plaintiffs &ast;  **JUDGMENT IN A CIVIL CASE**
&ast;
v. &ast;  Civil Case **97-1423(CC)**
&ast;
WALTER TORRES MALDONADO, ET AL &ast;
&ast;
  Defendants &ast;
&ast;
------------------------------&ast;

  **Jury Verdict:**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict on July 18, 2000:

  **IT IS ORDERED AND ADJUDGED** that plaintiff **Mayra Garriga-Ortiz** recover from defendants **Walter Torres-Maldonado, Rene Ocasio and Municipality of Peñuelas,** on her claim under the first amendment, the sum of **THIRTY FIVE THOUSAND ONE HUNDRED AND SEVEN DOLLARS ($35,107.00) as compensatory damages;** it is further

  **ORDERED AND ADJUDGED** that plaintiff **Mayra Garriga-Ortiz** recover from defendants **Walter Torres-Maldonado and Rene Ocasio,** on her claim under the first amendment, the sum of **FOUR THOUSAND NINE HUNDRED AND SEVENTY FIVE DOLLARS ($4,975.00) in punitive damages.**

  SO ORDERED AND ADJUDGED.

  At San Juan, Puerto Rico this 31st day of July, 2000.


       FRANCES RIOS DE MORAN
       Clerk of Court

       (By) Frieda Ramírez
       Deputy Clerk