UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NELSON CASTELLAR-PACHECO, ET AL** | |
| Plaintiffs | JUDGMENT IN A CIVIL CASE |
| v. | Civil Case **97-1423(CC)** |
| **WALTER TORRES MALDONADO, ET AL** | |
| Defendants | |

**Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on July 18, 2000:

**IT IS ORDERED AND ADJUDGED** that plaintiff **Nelson Castellar-Pacheco** recover from defendants **Walter Torres-Maldonado, and Municipality of Peñuelas**, on his claim under the first amendment, the sum of **THIRTY TWO THOUSAND FOUR HUNDRED DOLLARS ($32,400.00) as compensatory damages.**

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico this 31st day of July, 2000.

FRANCES RIOS DE MORAN
Clerk of Court

_____
(By) Frieda Ramírez
Deputy Clerk