UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| **NELSON CASTELLAR-PACHECO, ET AL** | |
| Plaintiffs | **JUDGMENT IN A CIVIL CASE** |
| v. | Civil Case **97-1423 (CC)** |
| **WALTER TORRES MALDONADO, ET AL** | |
| Defendants | |

**Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on July 18, 2000:

**IT IS ORDERED AND ADJUDGED** that plaintiff **Carlos Diaz-Llorens** recover from defendants **Walter Torres-Maldonado and Municipality of Peñuelas**, on his claim under the first amendment, the sum of **THIRTY THREE THOUSAND FIVE HUNDRED AND EIGHTY EIGHT DOLLARS ($33,588.00) as compensatory damages;** it is further

**ORDERED AND ADJUDGED** that plaintiff **Carlos Diaz-Llorens** recover from defendant **Walter Torres-Maldonado**, on his claim under the first amendment, the sum of **FOUR THOUSAND SIX HUNDRED AND SIXTY FIVE DOLLARS ($4,665.00) in punitive damages.**

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico this 31st day of July, 2000.

FRANCES RIOS DE MORAN
Clerk of Court

(By) Frieda Ramirez
Deputy Clerk