# UNITED STATES DISTRICT COURT
# DISTRICT OF PUERTO RICO

| | |
|---|---|
| NELSON CASTELLAR-PACHECO, ET AL <br>     Plaintiffs <br><br> v. <br><br> WALTER TORRES MALDONADO, ET AL <br>     Defendants | **JUDGMENT IN A CIVIL CASE** <br><br> Civil Case 97-1423(CC) |

**Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict on July 18, 2000:

**IT IS ORDERED AND ADJUDGED** that plaintiff **Luzvina Ruiz-Figueroa** recover from defendants **Walter Torres-Maldonado, Miguel Figueroa-Torres and Municipality of Peñuelas**, on her claim under the first amendment, the sum of **TWENTY SEVEN THOUSAND SEVEN HUNDRED AND NINETY TWO ($27,792.00) as compensatory damages;** it is further

**ORDERED AND ADJUDGED** that plaintiff **Luzvina Ruiz-Figueroa** recover from defendants **Walter Torres-Maldonado and Miguel Figueroa-Torres, on her claim under the first amendment** the sum of **FIVE THOUSAND DOLLARS ($5,000.00) in punitive damages;** it is further

**ORDERED AND ADJUDGED** that plaintiff **Luzvina Ruiz-Figueroa** recover from defendants **Walter Torres-Maldonado, Miguel Figueroa-Torres and Municipality of Peñuelas**, under due process claim, the sum of **THIRTEEN THOUSAND DOLLARS ($13,000.00) as compensatory damages;** it is further

**ORDERED AND ADJUDGED** that plaintiff **Luzvina Ruiz-Figueroa** recover from defendants **Walter Torres-Maldonado and Miguel Figueroa Torres**, under due process claim, the sum of **TEN THOUSAND DOLLARS ($10,000.00) in punitive damages;** it is further

-2-

**ORDERED AND ADJUDGED** that plaintiff **Luzvina Ruiz-Figueroa** recover from defendants **Walter Torres-Maldonado, Miguel Figueroa-Torres and Municipality of Peñuelas** under her tort claim, the sum of **FIVE THOUSAND DOLLARS ($5,000.00) as compensatory damages.**

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico this 31st day of July, 2000.

FRANCES RIOS DE MORAN
Clerk of Court

_____
(By) Frieda Ramirez
    Deputy Clerk