IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                    August 14, 2000


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                        CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

_____

   By order of the Court, defendants shall reply to Luzvina Ruiz-Figueroa and Mayra Garriga-Ortiz' Reaffirmation on their Motion for Judgment on Reinstatement and Nelson Castellar's and Carlos M. Diaz-Lloréns' Motion for Judgment on Reinstatement (**docket entry 123**) within ten (10) days after notice of this Order.  Parties to be notified.

                                        - Secretary

s/c E. Alvarado
    E. López
    J. Ojeda

AUG 1 5 2000