IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  October 16, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NELSON CASTELLAR-PACHECO, et al

vs  CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

    By order of the Court, the Petition for an Award of Attorneys' Fees filed by plaintiffs on September 18, 2000 (**docket entry 131**) and the opposition thereto (**docket entry 132**) are referred to Magistrate-Judge Delgado-Colón for report and recommendation.

       - Secretary

