IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO
JOSE M. CORDERO-ACEVEDO,
CARLOS M. DIAZ-LLORENS,
MAYRA GARRIGA-ORTIZ,
LUZVINA RUIZ-FIGUEROA,
LUIS H. FELICIANO-ROSA,
GUILLERMO DIAZ-MARTINEZ,
RAFAEL FIGUEROA-PEREZ,
EDWIN QUIñONES-GARCIA,
ROBERTO ROSARIO-ROBLEDO,
JOHNNY SANTOS-QUIñONES,
JOSE A. VEGA-MATOS,
GLIDDEN BARRIERA PEREZ,
and JOSUE SOTO-SANTIAGO

Plaintiffs

vs                                          CIVIL 97-1423CCC

WALTER TORRES-MALDONADO,
individually and as Mayor of the Municipality
of Peñuelas; MIGUEL FIGUEROA-TORRES,
individually and as the Director of Human
Resources or Personnel; RENE OCASIO,
individually and as Director of the Civil
Defense; RAMON L. SEGARRA, individually
and as Director of the Peñuelas Public Works
Department; THE MUNICIPAL
GOVERNMENT OF PEñUELAS

Defendants

CIVIL 97-1423CCC                                   2

# O R D E R

Having considered the Motion for Judgment on Reinstatement filed by Luzvina Ruiz Figueroa and Mayra Garriga-Ortíz (**docket entry 117**), the opposition thereto filed by defendants on August 3, 2000 (**docket entry 122**), and the reaffirmation[1] of their motion filed on August 3, 2000 (**docket entry 123**), which was opposed on August 7, 2000 (**docket entry 124**), the motion is GRANTED as to Luzvina Ruiz-Figueroa and DENIED as to Mayra Garriga-Ortíz. The latter was not a career employee and her one-year contract as a transitory employee was about to expire. She is currently employed. Considering the amount of damages awarded to this plaintiff and the circumstances mentioned above, the Court in its discretion rules against reinstatement.

Having considered the Motion for Renewal of the Motion for Judgment as a Matter of Law After Trial, Motion for New Trial, Motion to Amend or Alter Judgment, and or Remittitur filed by defendants on August 14, 2000 (**docket entry 127**), and plaintiffs' opposition filed on August 24, 2000 (**docket entry 129**), the same are DENIED in their entirety.

Having considered plaintiffs' Verified Bill of Costs filed on August 10, 2000 (**docket entry 125**), defendant's opposition filed on August 21, 2000 (**docket entry 128**) and

---

[1]The motion for reinstatement of Nelson Castellar and Carlos M. Díaz-Lloréns included in this filing will be disposed of by separate order.

AO 72A
(Rev.8/82)

CIVIL 97-1423CCC                              3

plaintiffs' reply filed[2] on September 1, 2000 (**docket entry 130**), in which the item related to messenger services in the sum of $60.00 was withdrawn, said costs are APPROVED.

SO ORDERED.

At San Juan, Puerto Rico, on October 16, 2000.

                                       CARMEN CONSUELO CEREZO
                                       United States District Judge

---

[2] Plaintiffs are admonished that in the future they must seek leave to file a reply. Replies are not allowed as of right.