IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR PACHECO, ET AL     CIVIL NO. 97-1423 (CCC)

    Plaintiffs,

vs.

WALTER TORRES MALDONADO, ET AL

    Defendants

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **Walter Torres Maldonado**, individually and as mayor of the Municipality of Peñuelas, **Miguel Figueroa Torres**, individually and as Director of Human Resources, **Rene Ocasio**, individually and as Director of the Civil Defense, **The Municipal Government of Peñuelas** Defendants/Appellants, appeal to the First Circuit Court of Appeals the judgment entered October 17, 2000 a copy of which is attached. The final judgment was entered in favor of Plaintiffs Carlos Diaz Llorens, Nelson Castellar, Mayra Garriga Ortiz and Luzvina Ruiz Figueroa and against the defendants.

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of this pleading was mailed this ___ day of November, 2000, to Francisco Ojeda Diez, Esq., P.O. Box 9020192, San Juan, Puerto Rico 00902-0192; Aldarondo & López Bras, De Hostos Avenue 588, Urb. Baldrich, Hato Rey, PR 00918 and the original filed with the Clerk of Court, Room 154, Federal Building, 150 Carlos Chardón Avenue, San Juan, Puerto Rico 00918.

**López Hernández & López Soltero**
PO Box 6598
Caguas, PR 00726
Tels. 745-3575; 743-2030
Fax 745-3555

By: _____
Ernesto G. López Soltero
USDC 208806