IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO
JOSE M. CORDERO-ACEVEDO,
CARLOS M. DIAZ-LLORENS,
MAYRA GARRIGA-ORTIZ,
LUZVINA RUIZ-FIGUEROA,
LUIS H. FELICIANO-ROSA,
GUILLERMO DIAZ-MARTINEZ,
RAFAEL FIGUEROA-PEREZ,
EDWIN QUIñONES-GARCIA,
ROBERTO ROSARIO-ROBLEDO,
JOHNNY SANTOS-QUIñONES,
JOSE A. VEGA-MATOS,
GLIDDEN BARRIERA PEREZ,
and JOSUE SOTO-SANTIAGO

Plaintiffs

vs                                              CIVIL 97-1423CCC

WALTER TORRES-MALDONADO,
individually and as Mayor of the Municipality
of Peñuelas; MIGUEL FIGUEROA-TORRES,
individually and as the Director of Human
Resources or Personnel; RENE OCASIO,
individually and as Director of the Civil
Defense; RAMON L. SEGARRA, individually
and as Director of the Peñuelas Public Works
Department; THE MUNICIPAL
GOVERNMENT OF PEñUELAS.

Defendants

## ORDER

Having considered the unopposed Report and Recommendation of Magistrate Judge Delgado-Colón (**docket entry 135**) on the Petition for an Award of Attorneys' Fees filed by

CIVIL 97-1423CCC                    2

plaintiffs (**docket entry 131**), the same is APPROVED. Accordingly, Mayra Garriga-Ortíz, Nelson Castellar-Pacheco, Carlos Díaz-Lloréns and Luzvina Ruiz-Figueroa are awarded attorneys' fees in the total amount of $76,890.00 pursuant to 42 U.S.C. §1988.

SO ORDERED.

At San Juan, Puerto Rico, on December/2, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c  E Aldarondo
     E Lopez
     f Ojeda

DEC 1 4 2000