IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO
JOSE M. CORDERO-ACEVEDO,
CARLOS M. DIAZ-LLORENS,
MAYRA GARRIGA-ORTIZ,
LUZVINA RUIZ-FIGUEROA,
LUIS H. FELICIANO-ROSA,
GUILLERMO DIAZ-MARTINEZ,
RAFAEL FIGUEROA-PEREZ,
EDWIN QUIñONES-GARCIA,
ROBERTO ROSARIO-ROBLEDO,
JOHNNY SANTOS-QUIñONES,
JOSE A. VEGA-MATOS,
GLIDDEN BARRIERA PEREZ,
and JOSUE SOTO-SANTIAGO

Plaintiffs

vs                                                      CIVIL 97-1423CCC

WALTER TORRES-MALDONADO,
individually and as Mayor of the Municipality
of Peñuelas; MIGUEL FIGUEROA-TORRES,
individually and as the Director of Human
Resources or Personnel; RENE OCASIO,
individually and as Director of the Civil
Defense; RAMON L. SEGARRA, individually
and as Director of the Peñuelas Public Works
Department; THE MUNICIPAL
GOVERNMENT OF PEñUELAS

Defendants

## ORDER

The Court has before it the Motion for Judgment on Reinstatement filed by plaintiffs Nelson Castellar and Carlos M. Díaz-Llorens (**docket entry 123**), which defendants opposed (**docket entry 124**). In their motion, both plaintiffs recognize that they "do not stand on the same foot as [co-plaintiff Luzvina Ruiz-Figueroa] with respect to the property interest criterion



CIVIL 97-1423CCC                               2

for reinstatement." Docket entry 123, at p. 3. Based on the reasons stated in the Order issued on July 6, 2000 (**docket entry 96**), where the Court made reference to the findings of irregularities on the appointment of Mr. Díaz-Lloréns and determined that both plaintiffs held trust positions at the time of their dismissals, their request for reinstatement is hereby DENIED.

SO ORDERED.

At San Juan, Puerto Rico, on September 11, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (3)
attys/pts
in ICMS

SEP 12 2001