IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR PACHECO, ET AL     CIVIL NO. 97-1423 (CCC)

    Plaintiffs,

vs.

WALTER TORRES MALDONADO, ET AL

    Defendants

### NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that WALTER TORRES MALDONADO, MIGUEL FIGUEROA TORRES, RENE OCASIO and THE MUNICIPAL GOVERNMENT OF PEÑUELAS, Defendants/Appellants, appeals to the First Circuit Court of Appeals the judgment entered October 17, 2000 and September 12, 2001 a copy of each one is attached. The final judgment was entered in favor of Plaintiffs NELSON CASTELLAR PACHECO, CARLOS M. DIAZ LLORENS, MAYRA GARRIGA and LUZVINA RUIZ FIGUEROA and against Defendants WALTER TORRES MALDONADO, MIGUEL FIGUEROA TORRES, RENE OCASIO and THE MUNICIPAL GOVERNMENT OF PEÑUELAS.

### CERTIFICATE OF SERVICE

I CERTIFY that a copy of this pleading was mailed this 20th day of September, 2001, to Aldarondo & López Bras, Esq., De Hostos Avenue 588, Urb. Baldrich, Hato Rey, Puerto Rico 00918 and the original filed with the Clerk of Court, Room 154, Federal Building, 150 Carlos Chardón Avenue, San Juan, Puerto Rico 00918.

López Hernández & López Soltero
PO Box 6598
Caguas, PR 00726
Tels. 745-3575; 743-2030
Fax 745-3555

By: _____
Ernesto G. López Soltero
USDC 208806