IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

NELSON CASTELLAR-PACHECO
JOSE M. CORDERO-ACEVEDO
CARLSO M. DIAZ-LLORENS
MAYRA GARRIGA-ORTIZ
LUZVINA RUIZ-FIGUEROA
LUIS H. FELICIANO-ROSA
GUILLERMO DIAZ-MARTINEZ
RAFAEL FIGUEROA-PEREZ
EDWIN QUIÑONES-GARCIA
ROBERTO ROSARIO-ROBLEDO
JOHNNY SANTOS-QUIÑONES
JOSE A. VEGA-MATOS
GLIDDEN BARRIERA-PEREZ
and JOSUE SOTO-SANTIAGO

Plaintiffs

vs.                                                    CIVIL 97-1423CCC

WALTER TORRES-MADONADO,
individually and as Mayor of the Municipality
of Peñuelas, MIGUEL FIGUEROA-TORRES,
individually and as the Director of Human
Resources or Personnel; RENE OCASIO,
individually and as Director of the Civil
Defense;
RAMON L. SEGARRA, individually
and as Director of the Peñuelas Public Works
Department; THE MUNICIPAL
GOVERNMENT OF PENUELAS

Defendants

### JUDGMENT ON REINSTATEMENT

The Court having GRANTED (see docket entries 134 & ___) the Motion for Judgment on Reinstatement filed by plaintiffs Luzvina Ruiz-Figueroa (**docket entries 117 & 123**) and Nelson Castellar (**docket entry 123**), judgment is hereby entered reinstating both plaintiffs to the same or similar positions they held at the Municipality of Peñuelas at the time of their unlawful discharge.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on October 18, 2001.

CARMEN CONSUELO CEREZO
United States District Judge