# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

97-1423 CC

**MINUTES OF PROCEEDINGS**  April 1, 2002



**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs   CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

By order of the Court the Motion Requesting Execution of Judgment (**docket entry 36**) is referred to U.S. Magistrate Judge Delgado-Colón for her consideration. The docket shall so reflect.

— Secretary


