IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS                         June 21, 2002


BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge


NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                              CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

---

By order of the Court, plaintiffs' Motion in Compliance With Order (**docket entry 160**) is MOOT.

Defendants' Urgent Motion Regarding Magistrate's Report and Recommendation (**docket entry 161**) is MOOT.

Defendants' Motion Requesting an Extension of Time to File an Opposition to the Magistrate's Report and Recommendation (**docket entry 163**) is MOOT.

Defendants' Motion Requesting an Extension of Time to File an Opposition to the Magistrate's Report and Recommendation (**docket entry 164**) is MOOT. Parties to be notified.

s/cs:to (3)
attys/pts
in ICMS

JUN 2 4 2002

~ - Secretary