IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**               September 3, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                      CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

---

By order of the Court plaintiffs' Motion for Issuance of Order and Writ of Attachment (**docket entry 170**) is DENIED. The defendants have deposited the judgment funds with the Clerk of Court. See docket entry 172.

The Motion to Withdraw as Attorney of Record filed on August 23, 2002 counsel for the Municipality of Peñuelas (**docket entry 171**) is NOTED. The motion will be granted when the attorney provides his clients' complete address.

The Motion for Leave to Deposit Funds in Court filed on August 23, 2002 by co-defendants Walter Torres-Maldonado, René Ocasio and Miguel Figueroa (**docket entry 172**) is NOTED and GRANTED. Parties to be notified.

s/cs:to (7)
attys/pts
in ICMS

SEP - 5 2002

- Secretary