IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          October 8, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                       CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

---

The Court having considered plaintiffs' Motion to Withdraw Funds Deposited in Court in Payment of Judgment and for Order Compelling Defendants in their Personal Capacities to Provide File a Breakdown of the Moneys Deposited filed on August 27, 2002 (**docket entry 173**) and plaintiffs' Second Motion to Withdraw Funds, etc., (**docket entry 177**), the defendants in their personal capacities are GRANTED a term of five (5) days after notice to provide a breakdown of the monies deposited, accounting for the difference between that and the judgment amount.

The Motion to Withdraw as Attorney of Record filed on October 1, 2002 by attorney Francisco A. Ojeda-Diez (**docket entry 178**) is GRANTED. The Clerk of Court and the parties to take notice of the new representation for the Municipality of Peñuelas and its Mayor Walter Torres-Maldonado. Parties to be notified.

s/cs:to ( 5:
attys/pts
in ICMS

OCT 10 2002

— Secretary