IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                October 10, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                          CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

---

By order of the Court the Motion to Withdraw as Attorney of Record filed on August 23, 2002 by attorney Ernesto G. López-Soltero (**docket entry 171**) is GRANTED. Parties to be notified.

-- Secretary

s/cs:to ( ✓ )
attys/pts
in ICMS

OCT 15 2002