IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO



NELSON CASTELLAR-PACHECO,
et al

VS.                                   CIVIL 97-1423 CCC

WALTER TORRES-MALDONADO, et al



## DESCRIPTION OF MOTION

DATE FILED: 8-27-02  DOCKET: 173   TITLE: Motions to Withdraw Funds
           9-23-02          177            Deposited in Court and for Order
                                           Compelling Defendants in their Personal
[x] Plaintiff(s)     [ ] _____           Capacities to Provide File Breakdown of
[] Defendant(s)                            Monies Deposited

### O-R-D-E-R

_✓_ GRANTED.           __ DENIED.

__ MOOT.               __ NOTED.

OTHER:
                    s/cs:to ( ✓ )
                    attys/pts
                    in ICMS
                    OCT 18 2002

October 15, 2002
DATE                  CARMEN CONSUELO CEREZO
                      United States District Judge