IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**            October 23, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                                    CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

---

By order of the Court the Motion to Withdraw Legal Representation and Notice of Appearance filed on September 20, 2002 (**docket entry 176**) is GRANTED. The Clerk of Court and the parties to take notice of the new representation for the Municipality of Peñuelas and Walter Torres-Maldonado, in his official capacity. Parties to be notified.

- Secretary

OCT 2 4 2002