# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**            December 16, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

NELSON CASTELLAR-PACHECO, et al

Plaintiffs

vs                                    CIVIL 97-1423CCC

WALTER TORRES-MALDONADO, et al

Defendants

_____

By order of the Court the Motion in Compliance with Order filed by defendants on November 6, 2002 (**docket entry 184**) is NOTED. The record shall so reflect.

                                    ⁓ - Secretary

s/cs:to (4)
attys/pts
in ICMS

DEC 20 2002